| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Thuma, David T. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of New Mexic | 3. Date of Report<br><br>04/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>500 Gold Avenue, SW<br>13th Floor<br>Albuquerque, NM 87102 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member and manager | PBSWP, LLC, a New Mexico limited liability company (family LLC) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ annual conference | 10/8/17-10/11/17 | Las Vegas, NV | Attend NCBJ annual conference | three night's hotel; transportation; food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard 500 Index Fund Admiral Shares | A | Int./Div. | M | T | | | | | |
| 2. Vanguard Admiral Treasury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 3. Vanguard Balanced Index Fund Admiral Shares | A | Int./Div. | L | T | | | | | |
| 4. Vanguard Tax-Exempt Money Market Fund | A | Int./Div. | L | T | | | | | |
| 5. Vanguard Balanced Fund Admiral Shares | A | Int./Div. | L | T | | | | | |
| 6. Vanguard Tax-Managed Balanced Fund Admiral Shares | A | Int./Div. | M | T | | | | | |
| 7. Vanguard Precious Metals and Mining Fund | A | Int./Div. | J | T | | | | | |
| 8. Vanguard Target Retirement 2025 Fund | A | Int./Div. | O | T | | | | | |
| 9. Vanguard Total Stock Market Index Fund Inv. Shares | A | Int./Div. | J | T | | | | | |
| 10. Vanguard Admiral Treasure Money Market Fund | A | Int./Div. | J | T | | | | | |
| 11. Vanguard Balanced Index Fund Admiral Shares | C | Int./Div. | L | T | | | | | |
| 12. Oppenheimer NM Education Plan (529) Conservative Portfolio | A | Int./Div. | L | T | | | | | |
| 13. Oppenheimer Educ. Plan (529) Ultra Conservative Portfolio | A | Int./Div. | L | T | | | | | |
| 14. PBSWP, LLC | D | Rent | N | W | | | | | |
| 15. Wells Fargo Checking Account | A | Int./Div. | J | T | | | | | |
| 16. Wells Fargo Savings Account | A | Int./Div. | J | T | | | | | |
| 17. Exxon common stock | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ABB Ltd | A | Int./Div. | | | Sold | 07/19/17 | J | A | |
| 19. Alphabet Inc. | A | Int./Div. | J | T | | | | | |
| 20. Amazon | A | Int./Div. | J | T | | | | | |
| 21. American Intl Group | A | Int./Div. | J | T | | | | | |
| 22. Apple, Inc. | A | Int./Div. | K | T | | | | | |
| 23. Autozone, Inc. | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 24. Baidu Inc. | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 25. Bank of America common stock | A | Int./Div. | K | T | Buy | 02/09/17 | K | | |
| 26. Bank of Hawaii | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 27. Berkshire Hathaway, Series B | A | Int./Div. | J | T | | | | | |
| 28. Blackrock Inc. common stock | A | Int./Div. | J | T | Buy | 02/09/17 | J | | |
| 29. Boeing Co. | A | Int./Div. | J | T | | | | | |
| 30. Brady Corp. | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 31. Carnival Corp. | A | Int./Div. | J | T | | | | | |
| 32. Chevron Corp. | A | Int./Div. | J | T | | | | | |
| 33. Citizens Financial | A | Int./Div. | J | T | | | | | |
| 34. Citrix Systems, Inc. | A | Int./Div. | | | Sold | 02/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast Corp. | A | Int./Div. | J | T | | | | | |
| 36. CSX Corp. | A | Int./Div. | J | T | | | | | |
| 37. CVS Health Corp. | A | Int./Div. | J | T | | | | | |
| 38. Diago PLC | A | Int./Div. | J | T | | | | | |
| 39. Disney Co. | A | Int./Div. | J | T | | | | | |
| 40. Dominion Res Inc. | A | Int./Div. | J | T | | | | | |
| 41. Dow Chemical | A | Int./Div. | J | T | | | | | |
| 42. Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 43. Energizer Holdings | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 44. Equity One Inc. REIT | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 45. Facebook Inc. | A | Int./Div. | J | T | | | | | |
| 46. Federated Investments | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 47. Foot Locker Inc. | A | Int./Div. | | | Sold | 06/06/17 | J | A | |
| 48. FS Networks Inc. | A | Int./Div. | | | Sold | 10/24/17 | J | A | |
| 49. General Dynamics Corp | A | Int./Div. | K | T | | | | | |
| 50. Gilead Sciences | A | Int./Div. | K | T | | | | | |
| 51. Glatfelter | A | Int./Div. | | | Sold | 05/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldcorp Inc. | A | Int./Div. | | | Sold | 06/30/17 | J | A | |
| 53. Halliburton Co. | A | Int./Div. | | | Sold | 08/19/17 | J | A | |
| 54. Hawaiian Elec. Indus. | A | Int./Div. | | | Sold | 04/21/17 | J | A | |
| 55. HCA Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 56. HD Supply HOldings | A | Int./Div. | J | T | | | | | |
| 57. Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 58. Humana Inc. | A | Int./Div. | J | T | | | | | |
| 59. Intel | A | Int./Div. | J | T | | | | | |
| 60. Intercontinental Exchange | A | Int./Div. | J | T | | | | | |
| 61. Interxion Holding NV | A | Int./Div. | J | T | | | | | |
| 62. Ishares ETF; growth | A | Int./Div. | J | T | | | | | |
| 63. Ishares ETF; value | A | Int./Div. | J | T | | | | | |
| 64. Ishares Core ETF; emerging markets | A | Int./Div. | K | T | | | | | |
| 65. Ishares ETF; Europe Financials | A | Int./Div. | J | T | Buy | 05/04/17 | K | | |
| 66. Ishares Core ETF; small cap | A | Int./Div. | K | T | | | | | |
| 67. Ishares ETF; Japan ETF | A | Int./Div. | J | T | | | | | |
| 68. Ishares ETF; U.S. oil and gas exploration | A | Int./Div. | J | T | Buy | 05/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares ET; Tip bond | A | Int./Div. | L | T | | | | | |
| 70. Johnson & Johnson | A | Int./Div. | J | T | Buy | 05/04/17 | J | | |
| 71. JP Morgan Chase & Co. common stock | A | Int./Div. | J | T | | | | | |
| 72. Lam Research Corp. | A | Int./Div. | J | T | | | | | |
| 73. Landstar Systems Inc. | A | Int./Div. | | | Sold | 10/25/17 | J | A | |
| 74. Lazard Ltd. | A | Int./Div. | J | T | | | | | |
| 75. Mastec Inc. | A | Int./Div. | J | T | Buy | 03/23/17 | J | | |
| 76. McKesson Corp. | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 77. Mednax Inc. | A | Int./Div. | | | Sold | 03/23/17 | J | A | |
| 78. Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 79. One Gas Inc. | A | Int./Div. | J | T | | | | | |
| 80. OneOK Inc. | A | Int./Div. | J | T | | | | | |
| 81. Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 82. Phillips 66 | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 83. Pfizer Inc. | A | Int./Div. | J | T | | | | | |
| 84. Powershares ET'; small cap inform tech. | A | Int./Div. | J | T | | | | | |
| 85. Priceline Group Inc. | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Procter & Gamble | A | Int./Div. | J | T | | | | | |
| 87. Regency Centers Corp REIT | A | Int./Div. | | | Sold | 06/05/17 | J | A | |
| 88. Rio Tinto PLC | A | Int./Div. | J | T | Buy | 02/09/17 | J | | |
| 89. Sanofi ADR | A | Int./Div. | | | Sold | 11/01/17 | J | A | |
| 90. Schlumberget LTD | A | Int./Div. | J | T | Buy | 06/05/17 | J | | |
| 91. Select Sector SPDR FD Materials | A | Int./Div. | J | T | Buy | 11/01/17 | J | | |
| 92. Siemans AG | A | Int./Div. | | | Sold | 12/22/17 | J | A | |
| 93. SPDR S&P Biotech ETF | A | Int./Div. | J | T | Buy | 06/05/17 | J | | |
| 94. Sprouts Farmers Markets | A | Int./Div. | J | T | | | | | |
| 95. State Natl Cos. Inc. | A | Int./Div. | | | Sold | 02/09/17 | J | A | |
| 96. Thermo Fisher Scientic Inc. | A | Int./Div. | J | T | Buy | 12/22/17 | J | | |
| 97. TJX Cos Inc. New | A | Int./Div. | J | T | Buy | 12/22/17 | J | | |
| 98. Toyota Mfr. Corp. | A | Int./Div. | | | Sold | 04/12/17 | J | A | |
| 99. Unilever PLC | A | Int./Div. | J | T | | | | | |
| 100. US Bancorp | A | Int./Div. | J | T | | | | | |
| 101. Vanguard ETF, FTSE Developed markets | A | Int./Div. | K | T | | | | | |
| 102. Vanguard ETF, FTSE European | A | Int./Div. | J | T | Buy | 03/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard ETF; inter. term govt bond fund | A | Int./Div. | M | T | | | | | |
| 104. Vanguard ETF; short term inflation protected bonds | A | Int./Div. | L | T | | | | | |
| 105. Vanguard ETF; REIT | A | Int./Div. | K | T | | | | | |
| 106. Vanguard ETF; short term bonds | A | Int./Div. | M | T | | | | | |
| 107. Vanguard ETF; short term corp. bonds | A | Int./Div. | M | T | | | | | |
| 108. Verizon Comm. | A | Int./Div. | | | Sold | 09/29/17 | J | A | |
| 109. Vodafone Group PLC | A | Int./Div. | J | T | | | | | |
| 110. Williams Sonoma | A | Int./Div. | | | Sold | 05/23/17 | J | A | |
| 111. Wisdomtree Trust ET; Europe Hedged equity | A | Int./Div. | | | Sold | 12/23/17 | J | C | |
| 112. Blackrock Funds II High Yield Bond Port. | A | Int./Div. | L | T | | | | | |
| 113. Dodge & Cox Income Fund | A | Int./Div. | M | T | | | | | |
| 114. Doubline Funds; total return bond fund | A | Int./Div. | M | T | | | | | |
| 115. Metropolitan West funds; total return bond fund | A | Int./Div. | M | T | | | | | |
| 116. Federal money market treas. govt. obligations fund | A | Int./Div. | L | T | | | | | |
| 117. Ridgeworth Funds; floating rate high income/ nka Virtus Asset Tr. | A | Int./Div. | L | T | | | | | |
| 118. Thompson IM Funds; bond fund | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 04/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  PBSWP, LLC is a family owned LLC created to hold farm land in Indiana.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David T. Thuma**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544